**JS-6**

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KRYSTINA RIVERA, | CASE NO. 8:22−cv−02120 JVS (DFMx) |
| Plaintiff, | |
| vs. | **ORDER [18]** |
| COSTCO WHOLESALE CORPORATION, and DOES 1 TO 15, inclusive, | |
| Defendants, | |

The Court hereby vacates all currentl  set dates and dismisses this case with prejudice.

Dated:   July 20, 2023

United States District Judge